```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    JILL M. THOMAS
 3  Assistant U.S. Attorneys
    501 I Street, 10th Floor
 4  Sacramento, California 95814
    Telephone: (916) 554-2731
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. S-08-0562 EJG |
| ) | |
| v. ) | |
| ) | **SCHEDULING ORDER** |
| ) | |
| HECTOR OJEDA BARRAZA, ) | |
|  aka Leonel Barraza Barraza, ) | |
| ORLANDO ISRAEL SALAZAR LOPEZ, ) | |
| VICTOR MANUEL MARTINEZ, ) | |
| JOSE ANTONIO OJEDA CABADA, ) | |
| RENE DIAZ CARRANZA, ) | |
| JOSE GONZALEZ ARIAS; ) | |
|  aka Cesar Castro Favela, ) | |
| MANUEL FRANCISCO BARRAZA, and ) | |
| JESUS ALFONZO BARRAZA BARRAZA,) | |
| ) | |
| ) | |
| Defendants. ) | |

A hearing was held in open court on July 16, 2010, on the pending motions of defendant Victor Manuel Martinez (filed on July 2, and July 7, 2010), joined in by defendants Hector Ojeda Barraza, Jose Antonio Ojeda Cabada, Jose Gonzalez Arias, and Jesus Alfonzo Barraza Barraza and on the motion of the government to strike the motions, or, in the alternative, to set a briefing schedule on the

1

motions. Defendants Hector Ojeda Barraza, Orlando Israel Salazar Lopez, Victor Manuel Martinez, Jose Antonion Ojeda Cabada, Rene Diaz Carranza, Jose Gonzalez Arias, Manuel Francisco Barraza, and Jesus Alfonzo Barraza Barraza were all present in court represented by their counsel or attorneys standing in for their counsel. The government was represented by Assistant U.S. Attorney Richard Bender.

Given that the motions were filed so close to the trial date, and the extreme difficulty in having those motions briefed and heard by the pending August 23 trial date, the Court requested that the parties come up with an acceptable alternative briefing schedule. That was done and a new schedule was set as follows (all dates in 2010):

| | | |
|---|---|---|
| Prior to August 6th | - | Parties to confer to resolve any discovery item upon which they can agree. |
| August 6th | - | Parties to submit statement to Magistrate Court and District Court setting out what items they are unable to resolve (i.e., what items must be ruled upon). |
| August 13th | - | Deadline for filing any remaining defense motions. |
| August 27th | - | Government's Responses due. |
| September 3rd | - | Defendant's Replies due. |
| September 7th | - | Hearing on motions before Magistrate Judge. |
| September 10th | - | Hearing on motions before District Court. |
| October 15th | - | Trial confirmation hearing |
| November 8th | - | Trial |

Based on this new schedule, the government's motion to strike the defendant's motions will be denied, but the alternative motion to set a briefing schedule is granted as set forth above. The discovery hearing before the Magistrate Judge scheduled for July

2

1  16, 2010, at 2:00 p.m. was vacated, as were the previously
2  scheduled dates for the trial confirmation hearing (July 23, 2010)
3  and trial (August 23, 2010).
4      Time under the Speedy Trial Act will be excluded from July 2,
5  2010 (the date the first of the defense discovery motions were
6  filed), through the resolution of those motions pursuant to 18
7  U.S.C. § 3161(h)(1)(D) (pretrial motions), and also from that date
8  to the scheduled trial date of November 8, 2010, on the basis of 18
9  U.S.C. § 3161(h)(7)(B)(2)(complex case given the number of
10 defendants and complex factual nature of the case), as well as 18
11 U.S.C. § 3161(h)(7)(B)(iv)(to allow continuity of counsel given the
12 collective schedules of defense counsel).
13
14 IT IS SO ORDERED.
15
16 Dated: July 19 , 2010
17
18                              /s/ Edward J. Garcia
                                EDWARD J. GARCIA
19                            Senior U.S. District Judge

3