Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
JOSE ANTONIO OJEDA CABADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JESUS ALFONZO BARAZZA BARAZZA,<br>VICTOR MANUEL MARTINEZ,<br>JOSE ANTONIO OJEDA CABADA, and<br>JOSE GONZALEZ ARIAS,<br><br>            Defendants. | CASE NO.  2:08-CR-00562 EJG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' MOTIONS UNDER RULES 29 AND 33**<br><br><br>COURT:  Hon. Edward J. Garcia |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that time for defendants to file motions pursuant to Rules 29 and 33, and the time for the Court to rule on said motions, may be extended to conform with the following briefing and hearing schedule:

Filing of Defendants' Moving Papers: January 14, 2011

Filing of Government's Response: January 24, 2011

Filing of Defendants' Optional Reply Brief: January 28, 2011

Non-Evidentiary Hearing on Motions: February 4, 2011

The justification for the extension of time for the above-stated motions is as follows:

1

1. The Court conducted in camera hearings regarding the perceptions of certain jurors that a juror had been threatened in connection with her position as a juror in this case. The Court ordered transcripts of the in camera hearings for the preparation of defense motions. **As of the date of this stipulation, the transcripts have not been received.** The above schedule assumes that the transcripts will be received by January 1, 2011. [It that does not happen, the parties may have to request an additional extension of time.]

2. Defense attorneys Michael Chastaine and Scott Cameron will soon commence other jury trials and will be temporarily unavailable to prepare the motions. Defense attorneys Jay Greiner and Robert Forkner are preparing for upcoming jury trials. Therefore the additional time requested is necessary for counsel preparation.

Because the Honorable Judge Edward J. Garcia is not available the parties submit this stipulation to the "duty judge", the Honorable John A. Mendez. The stipulation is being submitted to Judge Mendez because the order extending time on these motions must be signed before the originally prescribed time expires. FRCP, Rule 45(b)(1)(A). The parties understand that if Judge Garcia is not satisfied with the briefing schedule or the date set for hearing, that a separate hearing may be held to set dates that satisfy Judge Garcia. The parties will submit a separate stipulation and proposed order to Judge Garcia to continue the sentencing hearing and pre-sentencing report schedule.

The parties have authorized counsel for JOSE ANTONIO OJEDA CABADA to sign this stipulation on their behalf.

```
DATED: December 21, 2010         BENJAMIN WAGNER
                                 United States Attorney

                           by    /s/ Scott N. Cameron, for
                                 Richard Bender
                                 Assistant U.S. Attorney

DATED: December 21, 2010 by      /s/ Scott N. Cameron
                                 Scott N. Cameron
                                 Counsel for JOSE ANTONIO OJEDA CABADA

DATED: December 21, 2010 by      /s/ Scott N. Cameron, for
                                 Jay Greiner
                                 Counsel for VICTOR MANUEL MARTINEZ

DATED: December 21, 2010 by      /s/ Scott N. Cameron, for
                                 Michael Chastaine
                                 Counsel for JOSE GONZALEZ ARIAS

DATED: December 21, 2010 by      /s/ Scott N. Cameron, for
                                 Robert Forkner
                                 Counsel for JESUS BARAZZA BARAZZA
```

## Order

Good cause appearing,

The time for the filing and ruling on defendants' motions pursuant to Rules 29 and 33 are extended pursuant to the above-stated briefing and hearing schedule.

IT IS SO ORDERED.

```
DATED: 12/22/2010                /s/ John A. Mendez
                                 John A Mendez, Judge
                                 United States District Court
                                 for the Hon. Edward J. Garcia
```

3