UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM & Order

FILED
JAN 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:     Jesus Alfonso BARRAZA BARRAZA
                               Victor MARTINEZ
                               Jose Ojeda CABADA
                               Jose Gonzalez ARIAS
                               Docket Number:  2:09CR00562
                               **Judgment and Sentencing Date**

Your Honor:

The above noted defendants are scheduled for Judgment and Sentencing on February 25, 2011. Due to a pending motion for mistrial and defense counsel's unavailability to conduct the presentence interviews prior to the disposition of those motions, all parties have agreed to vacate the Judgment and Sentencing dates for the defendants and request a status date be set for February 04, 2011, at 10:00 a.m. At this time, it is anticipated the parties will request a new Judgment and Sentencing date and disclosure schedule for the presentence report.

                                        Respectfully submitted,

                                        */s/ Brenda Barron-Harrell*
                                        BRENDA BARRON-HARRELL
                                        **United States Probation Officer**

Dated: January 5, 2011
        Sacramento, California
        BBH/sda

**REVIEWED BY:**   */s/ Linda L. Alger*
                          LINDA L. ALGER
                          **Supervising United States Probation Officer**

cc:     Richard Bender, Assistant United States Attorney
        Robert Forkner, Defense Counsel
        James R. Greiner, Defense Counsel
        Scott Cameron, Defense Counsel
        Michael L. Chastaine, Defense Counsel

IT IS SO ORDERED

*/s/ Edward J. Garcia*
1/6/11