```
ROBERT L. FORKNER  (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209)544-0200
Fax:        (209)544-1860


Attorney for Defendant
JESUS ALFONZO BARRAZA BARRAZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESUS ALFONZO BARAZZA BARAZZA,<br>VICTOR MANUEL MARTINEZ,<br>JOSE ANTONIO OJEDA CABADA, and<br>JOSE GONZALEZ ARIAS,<br><br>  Defendants. | CASE NO.  2:08-CR-00562 EJG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS' MOTIONS UNDER RULES 29 AND 33**<br><br>COURT:  Hon. Edward J. Garcia |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that time for defendants to file motions pursuant to Rules 29 and 33, and the time for the Court to rule on said motions, may be extended to conform with the following briefing and hearing schedule:

Filing of Defendants' Moving Papers: January 28, 2011

Tentative Filing of Government's Response: February 2, 2011

The Filing of Defendants' Optional Reply Brief and Non-Evidentiary Hearing on Motions to be determined and scheduled at the Status Conference currently scheduled for February 4, 2011.

1

1  The justification for the extension of time for the above-stated
2 motions is as follows:
3     1.   The Court conducted in camera hearings regarding the
4          perceptions of certain jurors that a juror had been
5          threatened in connection with her position as a juror in
6          this case.  The Court ordered transcripts of the in camera
7          hearings for the preparation of defense motions. The court
8          ordered that if the transcripts were not received by or
9          before January 1, 2011, the parties may request an
10         additional extension of time.  The transcript was available
11         on January 4, 2011, however, defense counsel did not become
12         aware of its availability until after being advised by the
13         government that they had their copy on January 11, 2011.
14         The transcripts were not received by any of the defense
15         counsels until January 12, 2011 leaving the parties with
16         insufficient time to review, research and prepare their
17         moving paper's before the filing date of January 14, 2011.
18         Therefore, the additional time requested is necessary for
19         counsel preparation.
20     The parties have authorized counsel for Jesus Antonio Barraza
21 Barraza to sign this stipulation on their behalf.
22
23 DATED: January 14, 2011        BENJAMIN WAGNER
                                  United States Attorney
24
                            by    /s/ Robert L. Forkner, for
25                                Richard Bender
                                  Assistant U.S. Attorney
26
27 DATED: January 14, 2011  by    /s/ Robert L. Forkner
                                  ROBERT L. FORKNER
28                                Counsel for JESUS BARRAZA BARRAZA

2

```
DATED: January 14, 2011   by    /s/ Robert L. Forkner, for
                                Jay Greiner
                                Counsel for VICTOR MANUEL MARTINEZ


DATED: January 14, 2011   by    /s/ Robert L. Forkner, for
                                Michael Chastaine
                                Counsel for JOSE GONZALEZ ARIAS


DATED: January 14, 2011   by    /s/ Robert L. Forkner, for
                                Scott N. Cameron
                                Counsel for JOSE ANTONIO OJEDA CABADA
```

## Order

Good cause appearing,

The time for the filing and ruling on defendants' motions pursuant to Rules 29 and 33 are extended to January 28, 2011 and further dates are to be scheduled at the Status Conference scheduled on February 4, 2011.

IT IS SO ORDERED.

```
DATED: January 19, 2011         /s/ Edward J. Garcia
                                Honorable Edward J. Garcia
                                Senior United States District Judge
```

3