```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    JILL M. THOMAS
 3  Assistant U.S. Attorneys
    501 I Street, 10th Floor
 4  Sacramento, California 95814
    Telephone: (916) 554-2731
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JOSE GONZALES ARIAS, ) <br> ) <br> Defendant. ) | CR. No. S-08-0562 EJG <br><br> **STIPULATION AND ORDER CONTINUING SENTENCING DATE AS TO DEFENDANT ARIAS.** |

The sentencing of the above defendant is currently scheduled for April 29, 2011. Defense counsel has filed objections to the Presentence Report that raises a somewhat complex issue and will take the government longer to respond to than anticipated. Defense counsel has no objection to giving the government an extra week to respond to his objections to the PSR and to continuing the sentencing date for this defendant one week to May 6, 2011, at 10:00 a.m. The Probation Officer has been notified and is in agreement. Thus, it is requested that the sentencing date for defendant Arias be continued to May 6, 2011, at 10:00 a.m., and

that the government's response to the defendant's objections to the presentence report shall be due by Friday, April 29, 2011.

Dated: April 25, 2011

                                      BENJAMIN B. WAGNER
                                      U.S. Attorney

                                      by /s/ Richard J. Bender
                                           RICHARD J. BENDER
                                        Assistant U.S. Attorney

Dated: April 25, 2011              /s/ Michael Chastaine (by RJB)
                                          MICHAEL CHASTAINE
                                        Attorney for Defendant

IT IS SO ORDERED,

this 27th day of April, 2011

                                        /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                        Senior, U.S. District Judge