MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jose Arias

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08 CR 562 EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING SENTENCING HEARING |
| v. | ) |
| JOSE GONZALES ARIAS, | ) |
| Defendant. | ) |

    Defendant JOSE GONZALES ARIAS, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Richard Bender, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Friday, May 6, 2011 at 10:00 a.m. to Friday, May 20, 2011 at 10:00 a.m.  The continuance is requested to allow Mr. Arias to reply to the government's response to the defendant's objections to the Presentence Report.

Dated: May 3, 2011                                The CHASTAINE LAW OFFICE

                                                        By:     /s/ Michael Chastaine
                                                              MICHAEL CHASTAINE
                                                              Attorney for Jose Arias

Dated: May 3, 2011                                Benjamin B. Wagner
                                                           United States Attorney

                                                        By:     /s/ Richard J. Bender
                                                               Richard J. Bender
                                                               Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, May 6, 2011 at 10:00 a.m. be continued to Friday, May 20, 2011 at 10:00 a.m. and that the period from May 6, 2011 to May 20, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated:   May 3, 2011                              /s/ Edward J. Garcia
                                                  Edward J. Garcia
                                                  Senior District Judge
                                                  United States District Court