Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Jose Gonzalez Arias

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>JOSE GONZALEZ ARIAS,<br>                  Defendant, | CASE NO.  08-cr-00562 WBS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS OF SENTENCING HEARING |

**STIPULATION**

Defendant Jose Gonzalez Arias through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

The court should vacate the status of sentencing hearing now set on February 23, 2015. A status of sentencing hearing shall be scheduled for April 13, 2015 at 9:30 a.m., said matter to be added to the court's calendar for that date.

DATED:    February 18, 2015

                                  /s/ Jill Thomas_____
                                  Assistant United States Attorney

DATED:    February 18, 2015

1

/s/ Timothy E. Warriner
Counsel for Defendant
Jose Gonzalez Arias

**O R D E R**

IT IS SO FOUND AND ORDERED.

**Dated: February 18, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2