1  Timothy E. Warriner
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for Defendant
   Jose Gonzalez Arias

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  08-cr-00562-09 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS OF SENTENCING HEARING |
| v. | |
| JOSE GONZALEZ ARIAS, | |
| Defendant, | |

**STIPULATION**

Defendant Jose Gonzalez Arias through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

The court should vacate the status of sentencing hearing now set on April 13, 2015. A status of sentencing hearing shall be scheduled for June 15, 2015 at 9:30 a.m., said matter to be added to the court's calendar for that date. The purpose of the continuance is to arrange for Mr. Arias's presence in court for re-sentencing proceedings.

1

DATED: April 10, 2015

/s/ Jill Thomas
Assistant United States Attorney

DATED: April 10, 2015

/s/ Timothy E. Warriner
Counsel for Defendant
Jose Gonzalez Arias

**O R D E R**

IT IS SO FOUND AND ORDERED .

Dated: April 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2