1 Timothy E. Warriner
Attorney at Law
2 428 J St., Suite 350
Sacramento, CA 95814
3 (916) 443-7141

4 Attorney for Defendant
Jose Gonzalez Arias

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-cr-00562 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS OF SENTENCING HEARING |
| v. | |
| JOSE GONZALEZ ARIAS, | |
| Defendant, | |

**STIPULATION**

Defendant Jose Gonzalez Arias through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

The court should vacate the status of sentencing hearing now set on June 15, 2015. A status of sentencing hearing shall be scheduled for September 14, 2015 at 9:30 a.m., said matter to be added to the court's calendar for that date. The purpose of this request is to provide time for the U.S. Marshals Service to transport Mr. Arias to court, and for counsel to meet with Mr. Arias once he is brought here.

1

DATED: June 10, 2015

/s/ Jill Thomas
Assistant United States Attorney

DATED: June 10, 2015

/s/ Timothy E. Warriner
Counsel for Defendant
Jose Gonzalez Arias

**O R D E R**

IT IS SO FOUND AND ORDERED.

<u>DATED: JUNE 11, 2015</u>

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

A.