Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Jose Gonzalez Arias

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-cr-00562 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING RE-SENTENCING HEARING |
| v. | |
| JOSE GONZALEZ ARIAS, Defendant, | |

**STIPULATION**

Defendant Jose Gonzalez Arias through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

The court should vacate the status of sentencing hearing now set on September 14, 2015. A re-sentencing hearing shall be scheduled for November 30, 2015 at 9:30 a.m., said matter to be added to the court's calendar for that date. Defense counsel as met and conferred with Mr. Arias and will need additional time to prepare for re-sentencing. Additionally, defense counsel has started a murder trial that is expected to conclude on October 8, 2015.

1

DATED: September 10, 2015

/s/ Jill Thomas
Assistant United States Attorney

DATED: September 10, 2015

/s/ Timothy E. Warriner
Counsel for Defendant
Jose Gonzalez Arias

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: September 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE