1  Timothy E. Warriner
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for Defendant
   Jose Gonzalez Arias

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-cr-00562 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING RE-SENTENCING HEARING |
| v. | |
| JOSE GONZALEZ ARIAS, | |
| Defendant, | |

**STIPULATION**

Defendant Jose Gonzalez Arias through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

The court should vacate the status of sentencing hearing now set on November 30, 2015. A re-sentencing hearing shall be scheduled for January 4, 2016 at 9:00 a.m., said matter to be added to the court's calendar for that date. The continuance is requested to allow defense counsel additional time to review the draft PSR with Mr. Arias and to prepare for re-sentencing.

1

DATED: November 10, 2015

/s/ Jill Thomas
Assistant United States Attorney

DATED: November 10, 2015

/s/ Timothy E. Warriner
Counsel for Defendant
Jose Gonzalez Arias

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: November 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2